RECEIVED
01 JAN 17 PM 1:54
U.S. DIST. COURT
DULUTH, MN

[Exhibit A]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

| | |
|---|---|
| THM Biomedical, Inc., Plaintiff, vs. Stewart & Stewart, LLC and Sherry Grisewood, Defendants. | Court File No. 00-2099 DDA/RLE **STIPULATION FOR DISMISSAL WITH PREJUDICE** and ORDER |

Pursuant to that certain Confidential Settlement Agreement and Release between the parties dated as of January 10, 2001, and except to the extent necessary to enforce that agreement, the above-captioned action may be dismissed with prejudice without further cost to either party.

Dated: January 9, 2001

LINDQUIST & VENNUM P.L.L.P.

By: [signature]
David A. Allgeyer, #12042x
Mark R. Privratsky, #275104
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211

***Attorneys for Plaintiff THM Biomedical, Inc.***



FILED JAN 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: January 12, 2001

FILLENWORTH LAW OFFICE, LTD.

By: ______________________
John Fillenworth, #2918x
309 Board of Trade Building
301 West First Street
Duluth, MN 55802
(218) 727-5844

Dated: January 10, 2001

MARLA C. HALVORSON, LTD.

By: ______________________
Marla C. Halvorson, #257199
309 Board of Trade Building
301 West First Street
Duluth, MN 55802
(218) 727-2436

***Attorneys for Defendants Stewart & Stewart, LLC and Sherry Grisewood.***

**ORDER**

The foregoing Stipulation of the parties is hereby approved and, pursuant to that certain Confidential Settlement Agreement and Release between the parties, and except to the extent necessary to enforce that agreement, the Court hereby orders that the above-captioned matter is dismissed with prejudice without further cost to any party.

Dated: January 19, 2001

______________________
Donald D. Alsop
United States District Court Judge